# STATE SUPREME COURT
## Judges Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day. Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins. H L. Connett, Columbus.

### LAW LIBRARY

Librarian—Louis McCallister, Columbus.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

### DECIDED CASES
### SATURDAY, OCTOBER 13, 1923

### GENERAL DOCKET

18175—Forest Firestone, etc. v. The City of Cambridge et al; record certified for review and final determination by the Court of Appeals of Guernsey county. Dismissed for want of preparation. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

### NEW CASES

18179—Edward M. Ballard v. State of Ohio ex rel John V. Campbell; motion for an order directing the Court of Appeals of Hamilton county to certify its record. Littleford & Ballard, Cincinnati, for plaintiff.

18180—George F. Krug et al v. Mary Roberts; motion for an order directing the Court of Appeals of Montgomery county to certify its record. W. S. Rhotehamel et al, Dayton, for the plaintiffs; John Dineer, for defendant.

18181—The City of Cleveland et al. v. John R. Edwards; motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Geo. W. Perry et al, Cleveland, for plaintiffs; Boyd Cormon et al, Cleveland, for defendant.

18182—Harris E. Mason v. E. C. Tremayne; motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Turney & Sipe, Cleveland, for plaintiff; Robt. I. Carr, Cleveland, for defendant.

18183—The Richland Public Service Co. v. Reno Cicolona, an infafnt by Samuel Cicolona, his next friend; motion for an order directing the Court of Appeals of Richland county to certify its record. C. H. Henkel, Mansfield, for plaintiff; McBride & Wolfe and Wm. H. Voegele, Mansfield, for defendant.

18184—R. R. Maxwell v. L. Ford; motion for an order directing the Court of Apppeals of Richland county to certify its record. L. H. Beam and C. H. Henkel, Mansfield, for plaintiff; McBride & Wolfe and Wm. F. Voegle, Mansfield, for defendant.

### MOTION DOCKET

16932—The Toledo Cooker Co. v. Frank Sniegowski. Motion by defendant in error to vacate an set aside judgment. Overruled.

16932—The Toledo Cooker Co. v. Frank Sniegowski. Motion by plaintiff to strike motion to vacate from the files. Sustained.

17927—Lester C. Underwood v. Cledia Underwood Mook. Motion by defendant to strike printed record from the files. Sustained.

17959—Mary Frees v. The National Fire In Co. of Hartford, Conn. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled.

17968—J. B. Gearhart et al v. Martha E. Richardson. Motion by plaintiff to dispense with printing exhibit. Allowed.

17974—Ellis M. Black v. Laura W. Black. Motion by defendant to dismiss petition in error for Dismissed.

18019—Southern Ohio Power Co. v. Public Utilities Commission of Ohio. Motion by defendant the Ohio Mining Co. et al to make party defendant in error in above entitled case. Allowed.

18034—Arthur H. Lamhorn et al v. M. J. Bende Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Case settled. Motion withdrawn.

18035—The Brooklyn Lumber Co., etc., v. Samuel R. Shaner. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

18039—The Ohio Electric Ry. Co. v. City of Greenville, Ohio. Motion for an order directing the Court of Appeals of Darke county to certify its record. Sustained.

18040—Frank Goodall by Bena Goodall his Mother and Next Friend v. James C. Davis, Director General of Railroads and Federal Agent B. & O. R Motion for an order directing the Court of Appeals of Huron county to certify its record. Overruled

18043—Wm. Abt v. State of Ohio. Motion by defendant to dismiss petition in error. Dismissed

18043—Wm. Abt v. State of Ohio. Motion for order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

18060—Frank Herier et al v. Harry Hess. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Dismissed motion of plaintiffs in error.

18090—The Isle of Pines Improvement Co. v. The American Agricultural Chemical Co. Motion for order dire ting the Court of Appeals of Cuyahoga county to certify its record. Settled and dismissed by consent of parties.

18093—Philip O. McIntire v. Cornelia J. Holmes Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Dismissed on motion of plaintiff in error.

18152—Clyde L. Oyler, Admr., v. Chicago & E. Rd. Co. Motion by plaintiff to dispense with printing record. Allowed.

18131—Irvin Layer v. State of Ohio. Motion leave to file petition in error to the Court of Appeals of Montgomery county. Overruled.

18938—Board of Education of Butler Township Drake county, Centralized School District v. J. Campbell et al. Motion for an order directing Court of Appeals of Darke county to certify record. Allowed.